UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>BAUGHMAN, et al.,<br><br>    Defendants. | No. 2:17-cv-1623-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On August 14, 2017, the court found that plaintiff had neither paid the required filing fee nor submitted an application for leave to proceed in forma pauperis. Accordingly, the court ordered plaintiff to submit either the filing fee or the application required by § 1915(a) within 30 days and warned plaintiff that failure to do so may result in this action being dismissed.

The 30-day period has expired and plaintiff has not paid the required filing fee, submitted an application for leave to proceed in forma pauperis or otherwise responded to the court's order.

/////

/////

1

Accordingly, this action is dismissed without prejudice.

Dated: October 26, 2017.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE