UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN, | No. 2:17-cv-1623-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 12, 2019, the court dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 19. Plaintiff subsequently filed a request for extension of time, and by oversight, the court granted it only with respect to the period for filing objections to pending findings and recommendations. ECF No. 23. In an abundance of caution, the court will grant plaintiff another opportunity to file an amended complaint in accordance with the February 12, 2019 screening order.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days to file an amended complaint. The court notes, however, that filing an amended complaint should not require extensive research. An amended complaint should not include legal citations and need not

/////

/////

1

contain unnecessarily detailed factual allegations.  Absent good cause, the court is not inclined to further extend this deadline.   Failure to comply with this order will result in a recommendation of dismissal.

Dated:  May 23, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE